# LEVENTHAL & KLEIN, LLP

ATTORNEYS AT LAW
45 MAIN STREET, SUITE 230
BROOKLYN, NY 11201

T (718) 722-4100
F (718) 522-3225

March 16, 2011

**BY ECF**

The Honorable Ramon E. Reyes
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Shaquan Davis, et al. v City of New York, et al.
               10 CV 1260 (ILG)(RER)

Dear Magistrate Judge Reyes:

    I represent the plaintiffs in the above-referenced civil rights action. This is to confirm that the parties have reached an agreement in principle to settle plaintiffs' claims in this action for the global amount of $40,000, broken down as follows: $32,500 to Shaquan Davis, and $7,500 to the minor plaintiff, B.S.

    The parties will file a Stipulation of Discontinuance just as soon as it is agreed upon and executed. In addition, we will be submitting a proposed infant compromise motion and order regarding the settlement of B.S.'s claims. In the meanwhile, in light of the foregoing, we request that all pending proceedings and deadlines be adjourned *sine die*.

    Thank you for your consideration.

Respectfully,

Brett H. Klein

cc:    Andrew Myerberg, Esq.

WWW.LEVKLEIN.COM